UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:11-cr-345-T-17-AAS

JORGE YANEZ-GUTIERREZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant JORGE YANEZ-GUTIERREZ, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant JORGE YANEZ-GUTIERREZ, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant JORGE YANEZ-GUTIERREZ.

Dated: MAY 10th 2017

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE